NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1148
(Serial No. 78/765,022)

IN RE MICHAEL SHARP

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

ORDER

Michael Sharp moves for a 30-day extension of time, until June 13, 2010, to file his brief and to withdraw Paul S. Beik as counsel for the appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__MAY 1 8 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   John S. Egbert, Esq.
      Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK